IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

*Electronically Filed*

| | |
|---|---|
| AUDUBON LOANS I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.  4:25-cv-146-BJB |
| | ) |
| MOTORISTS COMMERCIAL MUTUAL | ) Removed from Daviess Circuit Court |
| INSURANCE COMPANY | ) Civil Action No. 25-CI-01251 |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Comes the Defendant, Motorists Commercial Mutual Insurance Company ("Motorists"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky, Owensboro Division, hereby states as follows:

1. Motorists is the named defendant in the lawsuit filed by Audubon Loans I LLC (hereinafter, "Plaintiff") in Daviess Circuit Court, Daviess County, Kentucky designated as Case Number 25-CI-01251. Motorists was served with the Plaintiff's Complaint on October 27, 2025. A copy of the Summons, Complaint, and other materials from the state court record are attached hereto as **Exhibit 1 (State Court Record)**, as required by 28 U.S.C. § 1446(a). These are the only pleadings directed to or filed by Motorists in this action.

2. This is a civil action seeking insurance proceeds for alleged damage to the Plaintiff's real property from a weather event that took place on or about March 15, 2025 in Daviess County, Kentucky. According to the Complaint, Plaintiff alleges damage to its property located at 1875 Old Calhoun Road, Owensboro, Kentucky 42301. Plaintiff seeks proceeds from an insurance policy issued by Motorists to the Plaintiff bearing Policy No. 5000402272 for the

policy period of December 10, 2024 to December 10, 2025 (the "Policy"). The Complaint asserts claims for breach of contract, statutory bad faith, and common law bad faith. It seeks damages in the form of insurance proceeds, interest, attorney's fees and punitive damages.

3. Upon information and belief, Plaintiff Audubon Loans I LLC is a limited liability company formed under the laws of the Commonwealth of Kentucky. **Exhibit 2 (Printout from Kentucky Secretary of State's Website)**. For purposes of diversity jurisdiction, an unincorporated association (including LLCs) has the citizens of each member. Upon information and belief there are two members of Audubon Loans I LLC: Terry Ray Dukes and Linda Sue Dukes. Upon information and belief, both members are now and were at all times relevant hereto, including at the time of filing of this Notice of Removal and at the commencement of Civil Action No. 25-CI-01251, citizens and residents of the Commonwealth of Kentucky. Upon information and belief, each member intends to remain a resident of the Commonwealth of Kentucky.

4. Motorists is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the commencement of Civil Action No. 25-CI-01251, organized and incorporated under the laws of the state of Ohio and maintains a principal place of business in Ohio. **Exhibit 3 (Printout from Website of Kentucky Department of Insurance)**. Motorists is <u>not</u> now nor was it at the time of the events referenced in the Plaintiff's Complaint incorporated in the Commonwealth of Kentucky nor does it have a principal place of business or "nerve center" in the Commonwealth of Kentucky.

5. Under 28 U.S.C. § 1332(c), Plaintiff is a citizen of Kentucky, and Motorists is a citizen of Ohio. Therefore, jurisdiction is proper because no Defendant is a citizen of the Commonwealth of Kentucky.

6. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and § 1367 and is one that the Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(a).

7. Kentucky state court procedural rules prohibit parties seeking unliquidated damages from pleading a specific amount of alleged damages under KRCP 8.01(2). According to pre-suit correspondence submitted to Motorists, Plaintiff seeks insurance proceeds in a sum exceeding $2.8 million. Therefore, the amount in controversy clearly exceeds $75,000, exclusive of interest and costs.

8. This Notice if filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action and the time for filing this Notice under the statutes of the United States has not yet expired.

9. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, Motorists Commercial Mutual Insurance Company, by counsel, hereby notifies the Court of its removal of this action from Daviess Circuit Court in Daviess County, Kentucky to the United States District Court for the Western District of Kentucky.

Respectfully submitted,

BARNES MALONEY PLLC

*/s/ Stephen C. Keller*

_____
Stephen C. Keller, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1694
Fax: (502) 779-9349
skeller@sbmkylaw.com
*Counsel for Motorists Commercial Mutual Insurance Company*